UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62763-MGC

WAYNE CAMPBELL,
an individual,

      Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, AND
INPHYNET SOUTH BROWARD,
LLC.

      Defendant.
_____/

## NOTICE OF STRIKING DOCUMENT FILED IN ERROR[Doc 6]

Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC ("Defendant"), by and through its undersigned attorney, and pursuant to the Clerk's instructions [Doc 10], hereby files this Notice of Striking the document related to another case and filed in error [Doc 6]. Additionally, Defendant has submitted the correct document for filing: Defendant HRRG's Answer and Affirmative Defenses [Doc 8].

Dated this **4th day of December 2019.**

                                                     */s/ Ernest H. Kohlmyer, III*
                                                   Ernest H. Kohlmyer, III
                                                   Florida Bar No.: 110108
                                                   SKohlmyer@shepardfirm.com
                                                   Shepard, Smith, Kohlmyer & Hand, P.A.
                                                   2300 Maitland Center Parkway, Suite 100
                                                   Maitland, FL  32751

>Telephone: (407) 622-1772
>Facsimile: (407) 622-1884
>*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 4, 2019**, via the Court Clerk's CM/ECF system which will provide notice to the following: Jibrael S. Hindi, Esquire of The Law Offices of Jibrael S. Hindi at jibrael@jibraellaw.com; Paul Herman, Esquire of Consumer Advocates Law Group, PLLC. at paul@consumeradvocatelaw.com; and Joel A. Brown, Esquire of Friedman & Brown, LLC at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III, Esquire
>Florida Bar No.: 110108
>skohlmyer@shepardfirm.com
>Rachel M. Ortiz
>Florida Bar No. 083842
>rortiz@shepardfirm.com
>Shepard, Smith, Kohlmyer & Hand, P.A.
>2300 Maitland Center Parkway, Suite 100
>Maitland, Florida 32751
>Telephone (407) 622-1772
>Facsimile (407) 622-1884
>*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*